ROBERT KOZUB v. STEPHEN M. OSIECKI.

July 6, 1983.

Petition for certification denied.

THOMAS T. ELLIOTT v. MORRIS COUNTY PUBLIC LIBRARY.

July 6, 1983.

Petition for certification denied.

NEW JERSEY DIVISION OF YOUTH & FAMILY SERVICES
v. S.J.

July 6, 1983.

Petition for certification denied.

FRANK SALTZ & SONS, INC. v. INTERCONTINENTAL
APPAREL, INC.

July 6, 1983.

Petition for certification denied.